**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Georgia__
(State)

Case number (if known): __25-50218__ Chapter ___

☐ Check if this is an amended filing

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2025 JAN -7 AM 9:43

VANIA S. ALLEN
CLERK
BY: __M White__
DEPUTY CLERK

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    QUALITY INVESTMENT AND MANAGEMENT, LLC.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    22-3780089

4. **Debtor's address**

   **Principal place of business**

   1418 WALTON LANE SE
   Number    Street

   SMYRNA    GA    30082
   City    State    ZIP Code

   COBB
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**

Debtor  **QUALITY INVESTMENT & MANAGEMENT**   Case number (if known) _____
  <sub>Name</sub>

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   __ __ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   Check one:
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply*:
       - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
       - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
       - ☐ A plan is being filed with this petition.
       - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No

   ☐ Yes.   District _____   When _____   Case number _____
                                        MM / DD / YYYY

   If more than 2 cases, attach a separate list.

   District _____   When _____   Case number _____
                              MM / DD / YYYY

Debtor _QUALITY INVESTMENT & MANAGEMENT_    Case number (if known) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.   Debtor _____   Relationship _____
       District _____   When _____
                                                          MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

       Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number      Street

_____
City                       State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Official Form 201               Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 3

Debtor **QUALITY INVESTMENT & MANAGEMENT**    Case number (if known) _____
      Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/07/2024__
           MM / DD / YYYY

X _____     **Lowman Wheeler**
Signature of authorized representative of debtor    Printed name

Title **Member**

**18. Signature of attorney**

X _____     Date _____
Signature of attorney for debtor              MM / DD / YYYY

Printed name _____

Firm name _____

Number   Street _____

City _____   State ____   ZIP Code _____

Contact phone _____   Email address _____

Bar number _____   State ____

# LIST OF CREDITORS

WILMINGTON SAVINGS FUND SOCIETY FSB
OWNER TRUSTEE OF
ATLAS SP RESI OPPORTUNITY TRUST
151 W 42nd Street, 5th Floor
NY NY 10036

| Case Number: 25-50218 | Name: Quality | Chapter: 11 | Division: Atlanta |
|---|---|---|---|

Please submit the following original documents to the Court for filing so that the case will proceed timely. **Failure to comply may result in the dismissal of your case.**

If filing bankruptcy without an attorney, please read the information regarding *Filing Bankruptcy without an Attorney* at: www.uscourts.gov/services-forms/bankruptcy/filing-without-attorney.

☐ Individual - Series 100 Forms            ☒ Non-Individual - Series 200 Forms

Official and Local Bankruptcy Forms are available on the Court's website at: www.ganb.uscourts.gov/frequently-used-forms

**MISSING DOCUMENTS DUE WITHIN 7 DAYS**
☐ Complete List of Creditors (names and addresses of all creditors)
☐ Pro Se Affidavit (signature must be **notarized, or witnessed** by a Court Intake Clerk, accompanied by a picture I.D.)
☐ Signed Statement of SSN

**Petition Deficiencies:**
☐ Last 4 digits of SSN
☐ Address
☐ Statistical Estimates
☐ Other:

**MISSING DOCUMENTS DUE WITHIN 14 DAYS**
☒ Statement of Financial Affairs
☒ Schedules: A/B, D, E/F, G, H
☒ Summary of Assets and Liabilities
☒ Declaration About Debtor(s) Schedules
☐ Attorney Disclosure of Compensation
☐ Petition Preparer's Notice, Declaration and Signature *(Form 119)*
☐ Disclosure of Compensation of Petition Preparer *(Form 2800)*
☐ Chapter 13 Current Monthly Income
☐ Chapter 7 Current Monthly Income
☐ Chapter 11 Current Monthly Income
☐ Certificate of Credit Counseling *(Individuals only)*
☐ Pay Advices *(Individuals only) (2 Months)*
☐ Chapter 13 Plan, complete with signatures *(local form)*
☒ Corporate Resolution *(Non-Individual Ch. 7 & 11)*

**MISSING DOCUMENTS DUE WITHIN 30 DAYS**
☐ Statement of Intent – Ch.7 *(Individuals only)*

**Chapter 11**
☒ 20 Largest Unsecured Creditors
☒ List of Equity Security Holders
☐ Small Business - Balance Sheet
☐ Small Business - Statement of Operations
☐ Small Business - Cash Flow Statement
☐ Small Business - Federal Tax Returns

**Case filed via:**
☐ Intake Counter by:
  ☐ Attorney
  ☐ Debtor
  ☒ Other: 404-456-1306 Harold Ahmad Rashid
☐ Mailed by:
  ☐ Attorney
  ☐ Debtor
  ☐ Other:

☐ Email [Pursuant to Amended and Restated General Order 45-2021, this petition was received for filing via email]

**History of Case Association**
Prior cases within 3 years: N/A

Signature: _____
Acknowledgment of receipt of Deficiency Notice

Intake Clerk: MRW       ID Verified ☒   Date: 1/7/25

**FILING FEE INFORMATION**
Online Payment for Filing Fee: www.ganb.uscourts.gov/online-payments        (not for chapter 13 plan payments)
☒ Paid $ __0__    ☐ Pending Pay.Gov, Paid $_____    ☐ IFP filed (Ch.7 Individuals Only)
☐ **2g-Order Granting**    ☐ **3g-Order Granting** 10-day (initial payment of $____ due within 10 days)
☐ **2d-Order Denying** with filing fee of $_____ due within **10 days**
☐ No Application to Pay in Installments, Order Regarding Unpaid Case Filing Fee.

You may mail documents and filing fee payments (no personal checks or cash accepted) to the address below.
**All fee payments and documents filed with the Court must show the debtor's name and bankruptcy case number.**
UNITED STATES BANKRUPTCY COURT
75 Ted Turner Drive, SW, Room 1340
Atlanta, Georgia 30303
404-215-1000